IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE, | ) |
|  | ) No. 12-4269 |
| Gavi International, Inc. | ) |
| Debtor. | ) Honorable Jacqueline P. Cox |
|  | ) Chapter 11 |
|  | ) |

**NOTICE OF MOTION**

**To: Attached Service List**

PLEASE TAKE NOTICE: that on May 9, 2013 at 10:30 am, or a soon thereafter as Counsel may be heard I shall appear the Honorable Judge Jacqueline P. Cox at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Court Room 680 and shall there and then present, The Debtor's Motion For Final Decree, a copy of which is attached to this Notice and hereby served upon you.

/s/O. Allan Fridman

CERTIFICATION OF SERVICE

I, the undersigned attorney, certify that I will cause a copy of this Notice to be served upon the above addressees by electronic filing and  fax this 3rd  day of May  2012.

/s/O. Allan Fridman

O. Allan Fridman
555 Skokie Blvd. Suite 500
Northbrook, IL 60062
847-412-0788
Attorney Code: 6274954

# ADDRESS LIST

By ECF Filing

By ECF Filing and email
Patrick S Layng,
Office of the U.S. Trustee Region 11
219 S Dearborn St Room 873
Chicago, Illinois 60604
USTPRegion11.MD.ECF@usdoj.gov


David Vallas
161 N. Clark Street Suite 4200
Chicago, IL 60601
DVallas@Polsinelli.com

First Staff Services, Inc.
Jeffrey C Baldacci
Rouskey & Baldacci
151 Springfield Ave
Joliet, IL 60435

Astoria Wire Products, Inc.    5303 West 74th Place    Bedford Park, IL 60638    **F(708) 496-9955**

BMO Harris            111 West Monroe Street
Chicago, Illinois 60603
f480.951.7185

CitiBusiness Advantage    PO Box 6235
Sioux Falls, SD, 57117-6235
f1-817- 963-7882

Cook County Treasurer    118 N. Clark St., Suite 112
Chicago, IL 60602
f(312) 603-6717

Donnelley Receivables Inc1099 Greenleaf Ave.
Elk Grove, IL 6007
Fax 847) 593-1200

M&E Components Inc
1828 Mound Road
Joliet, IL 60434
F 815-730-7506

MARKETING ALLIANCE
3514 South Dixie Highway

Steve G Wolfe,
Office of the U.S. Trustee
219 S Dearborn St
Chicago, Illinois 60604
Steve.G.Wolfe@usdoj.gov

815 741-2118
815 741-0670 (fax)
rouskey-baldacci@sbcglobal.net

Konstantine T. Sparagis
Law Offices of Konstantine Sparagis P C
900 W. Jackson Blvd., Ste. 4E
Chicago, IL 60607
gsparagi@yahoo.com

By  FAX

Dalton, GA 30722
Via email **sales@marketingalliancellc.com**

NGS Printing, Inc.        1400 Crispin Drive
Elgin, IL 60123         f847.741-2728

PAETEC            PO Box  3243
Milwaukee, WI 53201     f818.205.9740


PBG Financial Services Ltd.  666 Dundee Road Suite 401 Northbrook, IL 60062   Fax 847-291-9273

POP Manufacturing, Co
9009 Sheridan Road
Kenosha, WI 53143
f 262.942.9303
Reliable Container, Inc.    210 South Addison Road    Addison, IL 60101832.10    F 630-543-9115

The Kay Company Inc.    4 509 West Barner Street    Frankfort, IN 46041
Fax 765-659-2956

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE, | ) |
| | ) No. 12-4269 |
| Gavi International, Inc. | ) |
|     Debtor. | ) Honorable Jacqueline P. Cox |
| | ) Chapter 11 |

**MOTION FOR ENTRY OF FINAL DECREE**

Gavi International, Inc. ("**Gavi**" or "**Debtor**"), by and through its attorneys, moves for the entry of an order for Entry of Final Decree; and in support thereof, state as follows::

1. On February 7, 2012 the Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code.

2. On March 21, 2013, this Court entered an Order confirming the Plan of Reorganization ("Plan") filed by the Debtor.

3. The Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. All approved administrative professional fees due and owing the various professionals has been allowed. In addition, distributions to the holders of allowed claims have commenced.

4. It is in the interests of judicial and private economy to enter Final Decree and close the case.

5. The Debtor requests the entry of a Final Decree pursuant to Rule 3022 of the Rules of Bankruptcy Procedure.

WHEREFORE, GAVI Debtor herein, requests the entry of a Final Decree closing this Chapter 11 case and granting such other relief as may be just and appropriate.

/s/ O. Allan Fridman

O. Allan Fridman
555 Skokie Blvd. Suite 500
Northbrook, IL 60062
847-412-0788 Attorney Code: 6274954

2