UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  12-4269 |
| Gavi International, Inc. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE

THIS MATTER coming to be heard upon the Motion of Gavi International, Inc., Debtor herein, for Entry of Final Decree; proper notice of this Motion having been provided; no objections having been interposed; this Court having determined that the Debtor's Plan of Reorganization has been substantially consummated; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS ORDERED that this Chapter 11 case is closed.

Enter: *Jacqueline P. Cox*
J. Cox

Dated: MAY - 9 2013

United States Bankruptcy Judge

**Prepared by:**
O. Allan Fridman
555 Skokie Blvd. Suite 500
Northbrook, IL 60062
847-412-0788
Attorney Code: 6274954

Rev: 20120209_bko